```
UNITED STATES DISTRICT COURT
   DISTRICT OF MINNESOTA
```

Ardell Jenkins,                      Civil No. 19-cv-1050 (DSD/TNL)

        Plaintiff,

v.                                                **ORDER**

Family Justice Center,

        Defendant.

---

Based on the report and recommendation by Magistrate Judge Tony N. Leung dated May 29, 2019, [ECF No. 3], and all of the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. This action is dismissed without prejudice for lack of jurisdiction; and
2. The Application to proceed in without prepaying fees or costs [ECF No. 2] is denied as moot.

Date: June 17, 2019                /s David S. Doty
                                                David S. Doty, Judge
                                                United States District Court